UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                  Case No. 05-80386

vs.

                                                  HON. GEORGE CARAM STEEH

D-1 RONNIE GLENN STOCKTON, JR.,

        Defendants.
_____/

## OPINION AND ORDER DENYING DEFENDANT STOCKTON'S MOTION FOR RECONSIDERATION

Before the court is defendant Ronnie Stockton's motion for reconsideration of this court's decision denying his previously filed motion to suppress. A court does not grant a motion for reconsideration if it presents only the "same issues ruled upon by the court, either expressly or by reasonable implication;" rather, the movant must demonstrate not only that the court and parties were misled by palpable error, but that correction of the defect will change the disposition of the case. E.D. Mich. LR 7.1(g)(3).

Defendant Stockton's motion has not persuaded the court that reconsideration of its earlier order is required. Accordingly, the motion is hereby DENIED.

IT IS SO ORDERED.

                                                  S/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 20, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 20, 2005, by electronic and/or ordinary mail.

                                                  S/Josephine Chaffee
                                                  Secretary/Deputy Clerk